PROB 12A
(Revised 05/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Antonio Lamont Smith</u>  Case Number: <u>3:08-00077</u>

Name of Sentencing Judicial Officer: <u>Honorable Robert L. Echols, U.S. District Judge</u>

Name of Current Judicial Officer: <u>Honorable Todd J. Campbell, U.S. District Judge</u>

Date of Original Sentence: <u>January 5, 2009</u>

Original Offense(s): <u>18 U.S.C. § 922(g)(1) Felon in Possession of a Firearm and 21 U.S.C. § 841(a)(1) Possession with Intent to Distribute Five Grams or More of Cocaine Base</u>

Original Sentence: <u>60 months' custody and five years' supervised release</u>

Type of Supervision: <u>Supervised release</u>   Date Supervision Commenced: <u>April 30, 2013</u>

Assistant U.S. Attorney: <u>Philip Wehby</u>   Defense Attorney: <u>C. Douglas Thoresen</u>

The Court orders:

☒ No Action Necessary at this Time
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Considered this __9__ day of __April__, 2014,
and made a part of the records in the above case.

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_Amanda M. Russell_
U.S. Probation Officer

_Todd J. Campbell_
U.S. District Judge

Place   Nashville

Date    April 9, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **The defendant shall refrain from any unlawful use of a controlled substance.** On February 21, 2014, Mr. Smith tested positive for marijuana and his urine sample was confirmed positive by the testing laboratory. |

When questioned by the probation officer, Mr. Smith initially denied using the illegal drug, but after further questioning, he admitted to smoking a marijuana joint on both February 19 and February 20, 2014. Mr. Smith reported he and his girlfriend were having relationship issues and he had been dealing with issues from his past. He admitted he made a mistake reverting to the use of illegal drugs to "solve" his problems.

**Compliance with Supervision Conditions and Prior Interventions:**
Antonio Lamont Smith is employed and lives with his girlfriend in Nashville, Tennessee. Mr. Smith began his term of supervised release on April 30, 2013, and is supervision is due to terminate April 29, 2018.

A report was submitted to the Court on October 31, 2013, regarding Mr. Smith's violation of failure to report for random drug testing on multiple occasions. The Court ordered no action on November 5, 2013. Mr. Smith was given verbal reprimands after each missed drug test and re-instructed to not miss any future random drug tests.

After his initial release from custody, Mr. Smith was referred to Centerstone Mental Health for a substance abuse assessment and no treatment was recommended at that time. Following his positive drug test on February 21, 2014, Mr. Smith was given a verbal reprimand and re-instructed to not use illegal drugs. He was referred back to Centerstone Mental Health for outpatient substance abuse treatment and his random drug testing was increased.

**U.S. Probation Officer Recommendation:**
The probation officer is requesting no additional action be taken by the Court at this time. Assistant U.S. Attorney Philip Wehby has been advised of the offender's noncompliance and is in agreement with this recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer